```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND
```

JASON MARCHETTI, et al.

    Plaintiffs,

        v.                                                CA No. 23-cv-389-WES

RHODE ISLAND HOSPIRAL, et al.,

    Defendants.

### JUDGMENT

    This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to the Text Order entered on November 30, 2023 and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this civil action.

    <u>It is so ordered</u>.

November 30, 2023                     By the Court:

                                               /s/ William E. Smith
                                             United States District Judge